**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | | |
|---|---|---|
| DEDE STRATTON | ) | |
| | ) | **ELECTRONICALLY FILED** |
| Plaintiff | ) | |
| vs. | ) | |
| | ) | **Case No. 5:14-CV-00271-KKC** |
| SOMERHILL CAPITAL, *et. al.* | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

**AGREED ORDER OF DISMISSAL**

COMES the Defendant, Somerhill Capital, and the Plaintiff, Dede Stratton, by and through counsel, and agree that all claims of the parties shall be dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

1.     Any and all claims asserted and/or assertable, known and/or unknown in this matter, are hereby dismissed with prejudice.

2.     Except as otherwise agreed, each party is to bear their own Court costs, expenses, and attorneys' fees, and any other fees, expenses and costs.

3.     This Order disposes of any and all claims that any party asserted or could have asserted against in this lawsuit, and all relief not expressly granted in this Order is hereby denied.

4.     This is a final and appealable Order and there is no just cause for delay in its entry.

_____
JUDGE

_____
DATE

HAVE SEEN AND AGREE:


   _/s/    James H. Lawson_____
James H. Lawson
Lawson at Law, PLLC
4055 Shelbyville Rd., Suite B
Louisville, KY 40207
*Counsel for Dede Stratton*
james@kyclc.com


   _/s/    W. Scott Stinnett_____
W. Scott Stinnett
Lloyd & McDaniel, PLC
11405 Park Road, Suite 200
P.O. Box 23200
Louisville, KKY  40223-0200
(502) 585-1880
*Counsel for Somerhill Capital*

-2-