# UNITED STATES DISTRICT COURT
for the
### Eastern District of Kentucky
### Lexington Division

| | |
|---|---|
| Dede Stratton ) | |
|     *Plaintiff* ) | |
| ) | |
| v. ) | Case No.    5:14-cv-00271-KKC |
| ) | |
| J.C. Christensen & Assoc., Inc., *et al.* ) | |
|     *Defendant* ) | |

## Notice of Settlement

Please take notice that Plaintiff has reached a settlement with Defendants J.C. Christensen & Assoc., Inc. and LVNV Funding, LLC. Once the settlement is final, Plaintiff will file a Notice of Voluntary Dismissal with prejudice against J.C. Christensen & Assoc., Inc. and LVNV Funding, LLC. This notice of settlement does not and is not intended to affect any other defendant in this case.

Respectfully Submitted,

_____
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue
Unit #4
Louisville, KY 40207
(502) 473-6525
Email: james@kyclc.com

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of August, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic to all counsel of record.

/s/ James H. Lawson
James H. Lawson
*Counsel for Plaintiff*
